THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK.

Taye Elleby

AMENDED Complaint
OF THE Plaintiff

- against -

# 15 CV-00109
JURY TRIAL Requested

The CITY OF NEW YORK,
(ADA) M. DEROSE
(ADA) ~~████~~ K. CARUSO
(ADA) S. CARTY
DETECTIVE M. WOODS
POLICE Sgt. (PSA 5) ORTIZ
POLICE OFFICER M. PRIOR
DEPUTY C. MORELLO commanding
Officer of the city OF NEW YORK
POLICE DEPARTMENT.

## I. JURISDICTION & VENUE

1. This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation under Color of state law, of rights of and secured by the constitution of the United States. This court has jurisdiction under 28 U.S.C. section 1331 and 1343 (a)(3). The Plaintiff seeks declaratory relief Pursuant to 28 U.S.C. Section 2201 and 2202. The plaintiff also Ask for injunctive relief and such is Authorized by 28 U.S.C. Section 2283 & 2284 and rules 65 of the FEDERAL RULES OF CIVIL PROCEDURE. The Plaintiff also seek nominal and punitive Damages.

2. The southern District of new york, District Courts are the appropriate Venue under 28 U.S.C. Section 1391 (b)(2) because it is where the events giving rise to this Claim occured.

3. The plaintiff Taye Elleby is and was at all times mentioned herein a New York resident of the State of New York, and the plaintiff now resides in Coxsackie Correctional Facility P.O. Box 999 Coxsackie New York 12051-0999. The plaintiff's Name and Number are as Follows Taye Elleby #14A1409.

1.) DEFENDANT (A.D.A.) M. DEROSE
address: 1 Hogan place NY NY

2) DEFENDANT: (A.D.A.) S. CARTY
address: 1 Hogan place NY NY

3) DEFENDANT: (A.D.A.) K. CARUSO 1 Hogan place NY NY

4) Defendant
DETECTIVE MARK WOODS
address unknown

5) DEFENDANT: M PRIOR (POLICE officer) (PSA 5)
address: 164 East 102nd Street

6) DEFENDANT: DEPUTY inspector Christopher MORELLO he is the commanding officer for the CITY OF N.Y. police Department
ADDress 164 W. 102nd street NY NY

7) DEFENDANT: Sgt. ORTIZ OF (PSA 5)
address - 164 W. 102nd street NY NY

Each Defendant is sued individually and in his or her official compacity. At all times mentioned in this complaint each defendant acted under color of state Law.

## FACTS

On May 9th the defendants alleged they were given a call from the F.B.I. stating that a mother from Connecticut was coming to

Confront a New York resident (The plaintiff)
because the parent to which was coming (heard)
her daughter (Zanae Bowe) was being held
against her will and being forced to prostitute
by the plaintiff, and this parent (Latisha Small)
had heard these allegations from a friend of
her daughters (Essense Mondesire) and Mon-
desire in turn, alleged that she got her
information from another girl from, and
that was in Conneticut, to which never
appeared to say anything to police nor
ever made any such complaint to law
Enforcement, and was a conneticut resident,
her name was alleged to be (Rachel Bagwell)
and essence mondesire had allegedly made
a false call to Bagwell to get her out
of the plaintiff's house cause it was alleged
she told mondesire she was being held
against her will along with Bowe and the
other women (Johnson and Crossier) so
the worried mother who never met the
plaintiff or ever seen him before in
her life notified the F.B.I. in conneticut
then got impatient and decided she was
coming with mondesire to confront the
plaintiff, by taking her daughter back home
well the F.B.I. immediatly notified the
police in New york, cause the worried
mothers impatience and her insistance
on getting her daughter from this man
forcing her daughter to prostitute. the
F.B.I. contacted a Detective M. woods to
notify him of what was happening and
also notified the inspector Christopher
morello The commanding officer of the
city of New york. and morello told police
from (PSA5) who in turn responded when the
mother and mondesire called when they

were in new york in front of the plaintiffs building (1695) well when and while these women were in front of the building they seen, or should I be more specific Mondesire, who had met the defendant before identified him, and the police officers M. Prior stopped him went inside his pockets and took his phone and wallet containing credit cards ID. Depit cards and so forth. Then The commanding officer of the New york city police Department, came up to the plaintiff while he was hand cuffed By prior, who was instructed to arrest the plaintiff by Sargeant Ortiz. Well when the commanding officer of the city of New york police Department approached he asked the plaintiff if he was ~~holding~~ holding any women against their own will and if he was forcing any of them to prostitute to which the plaintiff responded no, (let me remind the courts that the plaintiff's Still hand cuffed) These officers or defen- dants, Sgt. Ortiz and the commanding officer Morello went up to the Apt #54 in building 1695 where they knocked on the door and was let in by bowe. the officers asked these women were they being held to prostitute and being held in the plaintiffs apartment and they told the officers no to which the commanding officer testified at the plaintiffs trial these women were not cooperating or being uncooperative (in other words they as the so called victims wasn't aggreeing with his story so after, him knowing these women comitted no crime he said he had them arrested for criminal tresspass

cause they were not on the lease of the apartment. Then he said that sgt. Ortiz informed him hours later that the women were being held against their will and forced to prostitute so he dropped the charges on them. now for the good stuff your honor the plaintiff was held for two hours in handcuffs with his chest to a fence while these defendants questioned the so called victims, then and even then these women had already told the commanding officer and the sgt. Ortiz the allegations were false then to show this as the proof that the women never said they were forced or held or made to prostitute even after two hours of being questioned they didn't admit to the allegations and on top of that if these woman would of said such allegation not only wouldn't it had took 2 hours, but also they would of initially arrested the plaintiff for sex trafficking or even promoting prostitution initially after they came from questioning the alleged victims. then your honor this is proved because it wasn't to almost 7 hours after the initial arrest by prior, who was advised to do so by Ortiz, for Endangering the welfare of a child, and criminal tresspass in the second degree. Now heres the facts about the initial arrest that proved to be false, not only wasn't the plaintiff in any building when arrested he did not have any kids with him. Then your honor even if the plaintiff was to had been coming out the building he had rights to be

in the building cause his family member who the plaintiff lived with (James Elleby) befor his passing away and leaving the plaintiff the apartment, shows that not only wasn't the plaintiff tresspassing, he had keys to the apartment locks, the mailbox keys and recieved cable bills in his name in the apartment 5H of building 1695, as well as his medical bills. So this shows alone that whether he was on the lease or not he had rights to be in the building ~~so~~ if he was coming out the building as police said Then your honor on its face the arrest was false because its a fact the plaintiff ain't have any children with him, and the kids that were in the apartment were with their mother (Johnson) and your honor all these women had keys to come and go as they pleased. So prima facia the police knew this, that's why they took two hours then finally decided to arrest these women which was to induce intimidate, and coerce them to make a state-ment on the plaintiff after they as the alleged victims aint agree with the allegations according to the commanding officer c. morello, who knew on the spot that none of the alleged victims ever said the plaintiff ever did the things alleged. Then these women all testified that the officers Det. M. woods beginned threatening them telling ~~Johnson~~ they were going to take her kids if she didn't say the plaintiff was her pimp as testified to by Johnson herself. Boue said she told the officers the allegations were not true about the plaintiff when she was first arrested (at her trial testimony) she even went as far as to say she told ADA. Carty the allegation were false, when she went to see her, and she even said she

had told the A.D.A. Carty she was doing her
own prostituting and the plaintiff had never
asked her to prostitute. This was corroborated
by Johnsons trial testimony and hers (Bowes)
because Johnson also testified she never
was asked to prostitute and she said the
plaintiff even use to tell her she did not
have to prostitute. both witnesse's testified
that they told the A.D.A's this Before they
went before the grand jury. Johnson even
went as far as to say she was arrested
Falsely by A.D.A. Derose or For Derose's head
phones being stolen when ~~one~~ johnson
presented the facts before the grand jury
action. about the police threatened to take
her kids and that she did her own prostituting.
Then Carty sent Officers from New york state
to connecticut, where Bowe said at the trial
they begin threatening her and she Further
said at the plaintiffs trial Carty con-
tinuously called threating and harrassing her
to her and her family saying they would ~~lock~~
lock her up for a year and give her a Fine.
but your honor what crime could bowe be locked
up for if she was a victim, and then your
honor after Caruso, and carty personally
spoke to these women they knew based upon
what they said the allegations were false but
still begin threatening these women that
if they aint make the grand jury testimony
they would both be locked up and johnsons
kids taken away.
    Then your honor even after being falsely
arrested for criminal tresspass and
endangering the welfare of a child and
processed by prior on those charges the
plaintiff was illegally detained for over
72 hours in the booking with-out seeing

a magistrate judge, which according to law is
to be with-in 24 hours after arrest. Your honor
confession wrung out of their makers are less
reliable than voluntary confessions, so that
using one persons coerced confession (before
indictment) at anothers trial violates my
rights under Due process clause, and a person
may challenge the governments use against him or
her coerced confession given by another person
See U.S.C.A. Const. Amend. 5th 14th.

Then your honor Defendant Michael prior
the arresting officer falsely arrested the
plaintiff after testifying he did not see
the plaintiff in any building, nor did
he ever see the plaintiff with any children
which shows prima facia there was no
probable cause for the false arrest, then
officer prior said he arrested the plaintiff cause
defendant Ortiz the sgt. told him to, and
based upon documents and arrest reports
Ortiz said he seen the plaintiff coming out
the building, your honor once again ~~this is~~ this
shows no probable cause for the arrest of
the plaintiff for criminal tresspass if the
~~~~ plaintiff has keys to an apartment in
the building, recieves mail and got keys to
the mailbox, which all in itself shows that
whether or not the plaintiff is on the lease of
any apartment he had the right to ~~~~
come and go in and out the building freely
with-out police intrusion of the nature
of being held 2 hours waiting while police
coerced(or attempted to coerce I should
say) the women. his false arrest because
the plaintiff was handcuffed and held
for two hour with his chest on a fence
and he wasn't allowed to move freely
then he was ~~~~ illegally transported to

the precint where he had to wait a whole
other 5 hours on another law enforcement
to see if he could be Federally Charged or
~~understate~~ with a crime by Det. M. Woods, which
shows that these women didn't agree on its
Face to any of the allegations because the
plaintiff would of been mirandized by the
arresting officer prior, if it was a lawful
warrantless arrest, but instead almost
nine hours later after the False arrest the
plaintiff was allegedly questioned and mirandized
by the new alleged arresting officer on
the charges of sex trafficking and pro-
moting prostitution. to which this Det. M. Woods
Said he conversed back and forth with A.D.A.
Denise who instructed him how to proceed
with the arrest, and this was all done after
Denise knew prior Falsely arrested the plain-
tiff and Falsely imprisoned him, to hold him
illegally imprisoned cause they wanted to
investigate another crime they in Fact had
not initially arrested him for. Then your
honor the officers could not use the defense
that they had probable cause to arrest the
plaintiff on sex trafficking or promoting
prostitution because as was brought out in the
trial of the plaintiffs, they were still investig-
ating the issue almost 9 hours after the
False arrest. Then there's the Fact that
the only two real accuser's of the plaintiff
(Mondesire) and (Spruill) were not saying
the allegations on the defendant, as being
witnesses of such crime's they were saying
they heard the allegations from a woman
who was in Connecticut (Rachel Bagwell) who
in turn never made any such allegations to
any police or law enforcment, so the officers
knew that arrest had the hearsay defect

that's the reason why they had to go and ask
the women if the allegations or what happened
to them really happened, to which these
women said it was not true, and as a result
the Deputy inspector who as his official title
expresses is the commanding officer of the
city of New York City police departments watched
as the defendants prior, and Ortiz falsely
arrested not only the women but also watched
them falsely arrest the plaintiff after being
told in his face that the allegations were false.
and he had knew the officers arrested the
plaintiff outside of the building, and he knew
the plaintiff had no kids with him, and he knew
the plaintiff had keys to the building and apart-
ment but still with all that in his view and
obvious, he allowed his officers to continue
with the false arrest, that was warrantless
and with-out probable cause. and Morello did
this with deliberate intentions on knowingly
allowing his officers to violate the plaintiffs
rights against illegal search and seizure, and
his rights against false arrest and false impr-
isonment. and as was brought out in trial
the real accuser of the plaintiff (mondesire)
(or sprull) (or even rachel Bagwell) never
came to any grand jury proceeding no did they
come to the trial which deprived the plaintiff
~~of his fair and~~ the liberty of confro-
nting his accusers which is so gaureenteed
by the U.S. constitution, let it be noted that
not only did the alleged victims testify
at the plaintiffs trial that they were
threatened bribed, intimidated, placed under
duress
false arrested, that they did not want to
testify cause as they said they been saying
to the A.D.A and police Detectives they
were prostituting on their own and the

plaintiff never forced or ever asked them
to prostitute. let it be noted that when these
women took responsibility for their own crimes
and said the plaintiff never so much as asked
them to prostitute (and they did on their own)
That took all criminal liability from the plaintiff
for these womens alleged forced actions. then
theres the fact that officer prior lied on
arrest reports saying he arrested the plaintiff
inside the building in the Apartment, just to
justify the false arrest, but said later on in
the trial that not only did he not lock the
plaintiff up inside the building, but that
he never in fact entered the building at all
and was outside on foot patrol.

   Your honor the law shows that conviction
obtained by evidence known to be false by
the prosecution is violation of rights
and deprivation of liberty with-out Due
process when the prosecution allows the false
evidence to go on with-out correcting the
wrong. and here in the plaintiffs complaint
the prosecuting ADA's allowed their fake
witnesses to go to the grand jury say they
were forced to prostitute and say they were
held there in the plaintiffs house, and forced
to prostitute cause they were affraid that if
they didn't they would be hurt by the plaintiff,
and here the prosecution failed to even mention
that all the women Told the first false arrest
officers the allegations were false, they told
The Deputy commanding officer morello himself,
They told vice Detective mark woods later
and then according to their trial testimony
they even told the ADA's themselves. but
here at the grand jury pleading they
never brought up the fact that these women
also had been threatened and in actuall reality

were not the complaining witnesses, in fact
the prosecution never mention that not only
hadn't the women ever filed any complaint or
the fact that they had keys to come and go
as they please, but the fact that these women
only made statements 9 hours after being
intimidated falsely arrested threatened which
these facts not being brought up can be said
to had deliberly not been introduced to
the grand jury to deliberately impair the
integrity of the grand jury. which in turn
the actions of how the Nyhp plus Deputy
commanding officer falsely made arrest and
watch the plaintiff get falsely arrest could be
said that the Deputy commanding officer watch
as his officers violated the plaintiffs rights
and he turned a blind eye to such then even
after having the alleged victims themselve's
say the allegations were false, he to begin to
conspire to obstruct justice by falsely
arresting or having the women arrested cause
as he said they were n't cooperating (which
ment in actual reality they were not agreeing
with the hearsay of (Mondesire and the mother
of Bowe Spruill) so he had them arrested saying
they were not on the lease of the apartment
so he had them arrested, which your honor
even if they weren't on the lease they not only
had keys to the apartment but its a fact that
these woman had the right to be there in the
apartment from the plaintiff, and on top of
that these women actually did not have to even
answer the door for the police, there was no
search warrant and only act of good faith did
they let the officers inside where there was
no crime going on, there was tadlers running
around and there was no men in the house
period besides johnsons 4 yr old son and from

what I know he wasn't paying for no sex.
your honor the women Bewe was 17 getting
ready to be 18 yrs old, she was constantly
in touch with her mother and family, to notify
them if any of the alleged activities were
really going on. But it should be obvious to
your honor that all the defendants
involved. ~~

1) conspired to Obstruct justice

2) the defendants Sgt. Ortiz P.O. prior
falsely Arrested and falsely imprisoned
the plaintiff knowingly and the Deputy
commanding officer, stood by and watched
his officers illegally and falsely arrest
the plaintiff under false charges he knew
to be false and he even contributed to the
fraud and coercion of the women by knowingly
having them falsely arrested

3) The defendants all violated the Due process
of the plaintiff, by holding him for a
crime that they had no probable cause to
arrest him in the first place for with-out
a warrant and the A.D.A. Derose further
violated this right by deliberately having the
plaintiff held on false charges for 72 hours
befor a magistate judge even seen the plaintiff
and all for the purpose's of ~~being~~ having
further investigation cause the women were
not cooperating as was brought out by morelle at trial

4) The Defendants were all deliberately
indifferent towards the plaintiff and it
was crvel and vnusual punishment to
vse fraud, and lies on the part of the
officers prior and ortiz to make a false

arrest and illegal search and seizure appear like the plaintiff had done a crime, so authorities could held and force these women to make false statments on the plaintiff

5) The defendants did all the following with intentions to deliberately cause emotional distress in the plaintiff and the women.

6) The defendants ORTIZ, PRIor, and camello conspired to falsely arest the plaintiff with-out probable cause

7) The defendants Carusso, carty, DeRose all endeavored to impede or obstruct justice by coercing witness's before indictment for purposes of obtaining an indictment they knew was tainted by perjury in an attempt to get the indictment

8) The Defendants conspired to deprive the plaintiff of having the liberty of a fair and impartial trial

9) The Defendants Deprived the plaintiff rights under the U.S. constitution to having the liberty of having a fair and impartial trial

10) The Defendants caruso, and carty Both conspired to deprive the plaintiff the liberty of confronting his accusers

11) The Defendants caruso and carty Deprived the plaintiff the liberty of confronting his accusers, which is so guareenteed by the U.S. Constitution.

which would also fall under Due process
or the liberty of Due process

12) The ADA's Conspired to obtain a indictment
and a trial conviction with-out a
Complaining witness (The accusers) and
instead used women the prosecution knew
had been Coerced by police and was coerced
by prosecution themselve's before indictment
in the investigative compacity of prosecutions
function as the states advocate.

13) The Defendants Deprived the plaintiff
the liberty of having a fair and impartial
trial Due to the coercion, intimidatejon,
threats and duress placed on the women
to make false Allegation, the prosecutor
knew to be false according to the women
(Bowe and Johnson) and the defendants.

14) The defendants prior, and ortiz used
fraud to make arrest reports apear legal
thus forth in their pursuit to illegally
Detain the plaintiff against his will or
the weight of the evidence for the warrantless
arrest.

15) Presented evidence that was illegally seized in false arrest
at trial.       PRAYER FOR RELIEF

Wherefore the plaintiff Respectfully
prays for this court to enter judgment
granting the plaintiff:

A declaration that the acts and
admissions described herein violated the
plaintiffs rights under the constitution
and laws of the united states.

and the plaintiff ask's for a preliminary and permanent injunction ordering the defendants ~~and~~ the city of New york to at least suspend or even fire the defendants, and if they can be arrested arrest them for conspiring to obstruct justice, so they will never try these things again, and to set an example that those who uphold the law will be penalized when they violate the rights of others.

The plaintiff Further Prays for ~~punitive~~ punitive Damages in the amount of $two million Dollars jointly and severally in their civilian/and official compacity of the defendants/

and nominal relief in the Amount of five million Dollars

A jury trial on all issues triable by Jury

and any additional relief this court Deems just and proper

Taye Elleby #14A1409
Coxsackie Corr. Fac.
P.O. Box 999
Coxsackie New york 12051-0999

### Verification

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and as to those, I believe them to be true. I certify under the penalty of perjury that the foregoing is true and correct.

Executed at New york 7/4/15

Signed *Taye L. Elleby*

Taye L. Elleby 14A1409

COXSACKIE CORRECTIONAL FACILITY
P.O. BOX 999
COXSACKIE, NEW YORK  12051-0999

NAME: Taye Elleby          DIN: 14A1409

7014 2120 0002 0948

COXSACKIE

CORRECTIONAL FACILITY

049J82046516

$07.39⁵
07/10/2015
Mailed From  12051
US POSTAGE

SDNY

LEGAL M...

To; the Clerk of th...
PRO'se office of t...
United States District co...
Southern District of New yor...
500 pearl Street
New York Ny 1000?;

...ed on Re...

DIN: 14A1409
...UNITY SUPERVISION
...ROGRAM
...OF CORRECTIONS A...
...ENDER CORRESPC
NEW YORK ST...
NAME: Taye Elleby
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT...